IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RICHARD LAWLER, 54271**                                                              **PLAINTIFF**

v.                                                        CAUSE NO. 1:12CV325 LG-JMR

**LISA DODSON,**
**ANDREW FRANZ, and**
**COUNTY OF HARRISION, MISS**                                          **DEFENDANTS**

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Report and Recommendation of Chief United States Magistrate Judge John M. Roper, Sr. entered in this cause on November 1, 2013 [43] should be, and the same hereby is, **ADOPTED** as the finding of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Motions to Dismiss [10, 20, 40] are **GRANTED** and the Motion for a More Definite Statement and for Production of Pleadings [30, 31] are **DENIED** as moot. This cause is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 9th day of December, 2013.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE